1 STAR VARGA
2 P.O. Box 792
Salida, Co 81201
3 phone: (415) 987-7827
4 email: starvarga@yahoo.com



5 Attorney for Plaintiff Star
6 Varga in pro se

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

12 Star Varga, ) Case No. CV09-02278 SI
13 )
14 Plaintiff, ) PLAINTIFF STAR VARGA'S NOTICE
) OF CONSENT TO SUBSTITUTION OF
15 vs. ) ATTORNEYS; DECLARATION OF
) PLAINTIFF STAR VARGA IN SUPPORT
16 United Airlines, and Does 1 ) THEREOF
17 through 50, Inclusive, )
)
18 Defendants. )
19 _____) Complaint filed: March 27, 2009

20 TO: The Court and All Attorneys of Record in this Matter:

22 Please note that the attorney of record in this case has been

23 substituted from Susan Lea (Bar No. 83605), the attorney of record in the

24 underlying state court case, to the Plaintiff Star Varga, in pro se. Consent

26 is indicated by the signatures affixed below to this notice of substitution and

27 such execution further evidences Plaintiff Star Varga's consent to the

28
PLAINTIFF'S NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEYS


withdrawal of Susan Lea, as attorney of record for Plaintiff Star Varga in this matter.

We consent:

_____
Star Varga, Plaintiff in pro se

_____
Susan Lea



IT IS SO ORDERED
Judge Susan Illston

**DECLARATION OF STAR VARGA**

I, Star Varga, declare:

1. I am the plaintiff in the instant action, and I have personal knowledge as to the contents of this Declaration, and if called to testify thereupon, would testify in accordance herewith.

2. I have appeared in this case and filed various pleadings on June 15, 2009, including a motion to remand and responses to Defendant United Airlines' motions to dismiss and strike. I hereby ratify that I filed such pleadings as a plaintiff in pro se, and that it was my intention to represent myself before this court.

The foregoing is true and correct under penalty of perjury under the laws of the United States. Signed this June 22, 2009, in Berkeley, California.

_____
Star Varga

PLAINTIFF'S NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEYS

- 2 -

PROOF OF SERVICE BY MAIL

I declare that I live and/or work in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within cause. My business address is located at 280 Caldecott Lane, #109, Oakland, CA 94618.

On June 22, 2009, I served a true and correct copy of the attached pleading entitled "Plaintiff Star Varga's Notice of Consent to Substitution of Attorneys et al", on the following interested party(s) to said case:

Sara A. Simmons, Esq.
Law Offices of Sara A. Simmons
4040 Civic Center Drive, Suite 200
San Rafael, CA 94904

By first class mail: I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a mail box at a United States Post Office in the County in which I live and/or work, for mailing to the addressee(s) shown above on the date shown above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was signed on Junne 22, 2009, at Berkeley, California.

_____
Veronica Sibley

PLAINTIFF'S NOTICE OF CONSENT TO SUBSTITUTION OF ATTORNEYS

3