LAW OFFICES OF
**SARA A. SIMMONS, APC**
4040 CIVIC CENTER DRIVE, SUITE 200
SAN RAFAEL, CA 94903
TELEPHONE: (415) 259-6600
FACSIMILE: (415) 259-6616

August 11, 2009

Judge Susan Illston
Clerk's Office
450 Golden Gate
San Francisco, CA 94102

Re: *Varga v. United Airlines, et al.*
U.S.D.C., Northern District, San Francisco Div., Case No. C 09-02278SI
Our File No: 22223.185

Dear Judge Illston:

Plaintiff Star Varga has prepared and forwarded the enclosed Stipulation By and Between the Parties to Defer and Take Initial Case Management Conference Off Calendar for Good Cause, which she asked us to execute and provide to the Court.

We have no objection to the requested rescheduling of the Initial Case Management Conference and believe that it will be more appropriately heard in October, after we have resolved the pleadings.

Very truly yours,

LAW OFFICES OF SARA A. SIMMONS, APC

Sara A. Simmons

SAS:ms

Enclosure

cc: Star Varga, Pro Se (w/out enclosures)
*Via U.S. Mail*

STAR VARGA
P.O. Box 792
Salida, CO 81201
phone: (415) 987-7827
email: starvarga@yahoo.com

Attorney for Plaintiff Star
   Varga in pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Star Varga,<br><br>    Plaintiff,<br><br>vs.<br><br>United Airlines, and Does 1 through 50, inclusive,<br><br>    Defendants. | Case No. C 09-02278 SI<br><br>STIPULATION BY AND BETWEEN THE PARTIES TO DEFER AND TAKE INITIAL CASE MANAGEMENT CONFERENCE OFF CALENDAR FOR GOOD CAUSE |

Plaintiff Star Varga in pro se and Defendant United Airlines, through its attorney of record, Sara Simmons, Esq., do hereby, for good cause, agree and stipulate to continue the Initial Case Management Conference now set for Friday, August 21, 2009 at 2:30 p.m. in the Courtroom of Judge Susan Illston, Courtroom 10, 19th floor, and to reschedule said conference to a date to be set by the Court in October 2009.

-1-

Stipulation to Reschedule Initial Case Mgmt. Conf.    Case No. C 09-02278 SI

As evidence of good cause for taking the Initial Case Management Conference off calendar, please note that Plaintiff Varga filed a First Amended Complaint on or about August 6, 2009. Defendant United Airlines intends to file a new motion to dismiss Plaintiff's amended complaint to which Plaintiff intends to file opposition. As further proof of good cause for a continuance, Plaintiff works outside the State of California in film production, and Plaintiff's employer has notified her that she is expected to report for work through September 2009.

Thus, the parties so stipulate as requested above:

Date: August 10, 2009

_____
Star Varga, Plaintiff in pro se

Date: August 10, 2009

_____
Sara A. Simmons, Esq., Attorney for
Defendant United Airlines

The case management conference has been continued to October 16, 2009, at 2:30

IT IS SO ORDERED:

Date:_____

_____
U.S. District Court Judge, Susan Illston

-2-

Stipulation to Reschedule Initial Case Mgmt. Conf.        Case No. C 09-02278 SI