1 STAR VARGA
2 P.O. Box 792
   Salida, Co 81201
3 phone: (415) 987-7827
4 Attorney for Plaintiff Star Varga in pro se



FILED
09 SEP 11 PH 2:25

5            UNITED STATES DISTRICT COURT

6           NORTHERN DISTRICT OF CALIFORNIA

7
8             SAN FRANCISCO DIVISION

| | |
|---|---|
| 9  Star Varga, | Case No. CV09-02278 SI |
| 10     Plaintiff, | PLAINTIFF'S DISMISSAL WITH |
| 11 | PREJUDICE OF DEFENDANT |
| 12 vs. | UNITED AIRLINES PURSUANT TO FEDERAL RULES OF CIVIL |
| 13 United Airlines, and Does 1 through 50, Inclusive, | PROCEDURE 41(a)(1)(A)(i) |
| 14 | |
| 15     Defendants. | Amended Complaint filed: 8-6-09 |
| 16 _____/ | Complaint filed: 3-27-09 |

17     Comes now, Plaintiff Star Varga, pursuant to FRCP 41(a)(1)(A)(i) and

18 makes this voluntary dismissal with prejudice of Defendant United Airlines,

19
20 each party to bear its own costs and attorneys fees.  This dismissal is being

21 filed before any opposing party has served either an answer or a motion for

22 summary judgment, and is effective upon the filing hereof with no Order
23
24 required to effectuate the aforesaid Dismissal pursuant to said Rule.

25 Dated: September 8, 2009

26
27                       _____
28                      Star Varga, Plaintiff in pro se



IT IS SO ORDERED
Judge Susan Illston

PLAINTIFF'S DISMISSAL WITH PREJUDICE

PROOF OF SERVICE BY MAIL

I declare that I live and/or work in __Chaffee__ County, State of Colorado. I am over the age of 18 years and not a party to the within cause. My business address is located at __PO Box 792, Salida, Co 81201__.

On September __8__, 2009, I served a true and correct copy of the attached pleading entitled "Plaintiff's Dismissal With Prejudice of Defendant United Airlines Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i)" on the following interested party(s) to said case:

Sara A. Simmons, Esq.
Law Offices of Sara A. Simmons
4040 Civic Center Drive, Suite 200
San Rafael, CA 94904

By first class mail: I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a mail box at a United States Post Office in the County in which I live and/or work, for mailing to the addressee(s) shown above on the date shown above.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was signed on September __8__, 2009, at Aspen, Colorado.

_____/s/ Susan Lea_____
name: __SUSAN LEA__

PLAINTIFF'S DISMISSAL WITH PREJUDICE                              2